# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10108-STA |
| DARRELL BROWN, ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA
## AND NOTICE OF SETTING

This cause came to be heard on July 13, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Darrell Brown, appearing in person, and with counsel, Dianne Smothers.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, OCTOBER 16, 2018 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 13th day of July, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT